## CONNECTICUT CAR RENTAL, INC. *v.* EMBASSY LIMOUSINES, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 914 (AC 14277), is denied.

*Philip M. Block,* in support of the petition.

Decided July 18, 1996

## STATE OF CONNECTICUT *v.* RAYMOND PHIDD

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 17 (AC 13999), is denied.

*Mary Miller Haselkamp,* assistant public defender, in support of the petition.

*James Ralls,* assistant state's attorney, in opposition.

Decided July 18, 1996